UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE LUIZ URZUA,<br>Defendant. | Case No.: 25-mj-03406-DDL<br><u>COMPLAINT FOR VIOLATION OF</u>:<br>Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm;<br>Title 21, U.S.C., Sec. 841(a)(1) – Possession of Methamphetamine, Fentanyl, and Cocaine with Intent to Distribute;<br>Title 18, U.S.C., Sec. 924(c)(1) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

The undersigned complainant being duly sworn states:

<u>Count 1</u>

On or about April 30, 2025, within the Southern District of California, Defendant JOSE LUIZ URZUA, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm that traveled in an affected interstate commerce, to wit: a loaded Glock 17 Gen 5 9mm handgun bearing serial number CDVF293, in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2).

//

//

//

//

//

Count 2

On or about April 30, 2025, within the Southern District of California, Defendant JOSE LUIZ URZUA, did knowingly and intentionally possess, with intent to distribute 5 grams and more of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

Count 3

On or about April 30, 2025, within the Southern District of California, Defendant JOSE LUIZ URZUA, did knowingly and intentionally possess, with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

Count 4

On or about April 30, 2025, within the Southern District of California, Defendant JOSE LUIZ URZUA, did knowingly and intentionally possess, with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

Count 5

On or about April 30, 2025, within the Southern District of California, Defendant JOSE LUIZ URZUA, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, Possession of Methamphetamine, Fentanyl, and Cocaine with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), the crime charged in Counts 2, 3, and 4 of this Complaint, did knowingly possess a firearm, that is, a loaded Glock 17 Gen 5 9mm handgun bearing serial number CDVF293; in violation of Title 18, United States Code, Section 924(c)(1).

//

//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Sean Davis

Sean Davis
Special Agent, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 17th day of June, 2025.

David Leshner

HON. DAVID LESHNER
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On March 5, 2025, a felony arrest warrant issued for Jose Luis URZUA for violations of HS 11378 and PC 459.

On April 30, 2025, ECPD officers were on patrol when one of them recognized URZUA riding in a black Kia Sedan. The officer knew that URZUA, a known El Cajon Locos gang member, was wanted for several outstanding warrants. Officers followed the vehicle to a gated apartment complex at 389 S. Lincoln Ave in El Cajon. The vehicle and driver appeared to be a ride sharing service that was dropping URZUA off. Officers drove past the vehicle and waited to see if URZUA would exit. When he did not, officers walked up to the window and shined their flashlight into it to confirm URZUA's identity. As officers were confirming his identity, they noticed URZUA was looking through his backpack, which he placed next to him. Officers then instructed URZUA to exit the vehicle.

As he exited the vehicle and was being placed in handcuffs, an officer asked URZUA if he had anything illegal on him and he responded by indicating that he had something in his waistband. Officers did a pat-down search and found a loaded Glock 17 Gen 5 handgun in his waistband with 16 rounds of ammunition.

A search of URZUA revealed packages in both his right and left pockets that the officer believed to be drugs. Officers also found $350 in cash and a cellphone on his person. The substances later tested positive for cocaine and fentanyl.

A search of URZUA's backpack revealed 1 round of 9mm ammunition and another bag of suspected drugs. The substance later tested positive for methamphetamine.

Officers weighed each of the drugs and determined that the methamphetamine had a net weight of 34.94 grams, that the cocaine had a net weight of .91 grams, and the fentanyl had a net weight of 6.92 grams. In my training and experience, methamphetamine in San Diego, because of its proximity to its source, the U.S./Mexico border, is usually close to pure, in the 90% range.

An initial investigation of the firearm revealed that it was manufactured outside of California and therefore traveled in interstate commerce.

URZUA was informed of his *Miranda* rights and declined to make a statement Records checks on URZUA revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 4/22/2021 | CASC-San Diego | PC 4573.6 – Poss Cntld Substance in Jail (Felony) | 2 years' probation |
| 6/27/2019 | CASC-San Diego | Cnt 1: VC 10851(A) - Take Veh. w/o Consent; Cnt 2: PC 44050 Get Credit/Etc: Use Other ID | 365 days jail, 3 years' probation |
| 6/18/2019 | CASC-San Diego | PC 459 Burglary | 365 days jail, 3 years' probation |
| 5/22/2017 | CASC – San Diego | PC 487(A) – Grand Theft: Money/Labor/Prop | 74 days jail |